UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

　　　　　　　Plaintiff,

　　v.

TROY R. JOHNSON,

　　　　　　　Defendant.

CASE NO. 17-354

**DETENTION ORDER**

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with a crime that carries the presumption of detention and has failed to overcome that presumption. He has as long criminal history and numerous failures to appear. His current residence is not a suitable place to release and alternatives have not been verified. He appears to have substance abuse issues.

It is therefore **ORDERED**:

(1)　Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

DETENTION ORDER - 1

1　　　　(2)　　Defendant shall be afforded reasonable opportunity for private consultation with
2　counsel;

3　　　　(3)　　On order of a court of the United States or on request of an attorney for the
4　Government, the person in charge of the correctional facility in which Defendant is confined
5　shall deliver the defendant to a United States Marshal for the purpose of an appearance in
6　connection with a court proceeding; and

7　　　　(4)　　The Clerk shall provide copies of this order to all counsel, the United States
8　Marshal, and to the United States Probation and Pretrial Services Officer.

9　　　　DATED this 29th day of August, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2